■ In the Matter of KINGSWAY AMERICA INC., Appellant, v ZEPHYR ACQUISITION COMPANY, Respondent. [47 NYS3d 710]— Order and judgment (one paper), Supreme Court, New York County (Carol Edmead, J.), entered November 18, 2015, denying the petition and dismissing the special proceeding, unanimously affirmed, with costs.

Petitioner seeks to compel respondent to submit Items of Dispute (as that term is defined in the parties' 2009 share purchase agreement) to an independent accounting firm under section 2.4 (c) of the agreement. However, the record shows that the parties resolved the Items of Dispute in 2010, when petitioner did not dispute that the post-closing adjustment would be approximately $5.5 million. We note that the language of section 2.4 (c) indicates that the parties intended Items of Dispute to be resolved expeditiously. Concur—Friedman, J.P., Andrias, Feinman, Kapnick and Gesmer, JJ.

■ GLADYS SUAREZ, Appellant, v HOME DYNAMIX, LLC, et al., Respondents. ISMAEL JUSTINIANO et al., Nonparty Respondents. [47 NYS3d 711]—Order, Supreme Court, Bronx County (Mary Ann Brigantti, J.), entered October 26, 2015, which denied plaintiff's motion to consolidate this action, based on a 2010 automobile accident, with a Queens County action also brought by plaintiff, based on a 2012 automobile accident, unanimously affirmed, without costs.

The two actions involved separate accidents, separate defendants, different alleged injuries, and unique issues of fact. Accordingly, Supreme Court did not abuse its discretion in denying plaintiff's motion to consolidate the two actions (*see McGee v Cataldi*, 169 AD2d 822 [2d Dept 1991]). Concur—Friedman, J.P., Andrias, Feinman, Kapnick and Gesmer, JJ.